# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MITCHELL B. GLASHOFER, | : |
| Plaintiff, | : Civil No. 15-3601 (RBK/AMD) |
| v. | : **ORDER** |
|  | : [Dkt. Nos. 9, 11] |
| NEW JERSEY MANUFACTURERS INSURANCE COMPANY, | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Enter Default Judgment [Dkt. No. 9] and Defendant's Motion to Vacate Default [Dkt. No. 11]; the Court having reviewed the parties' submissions; for the reasons set forth in an Opinion on even date herewith; and for good cause appearing;

**IT IS HEREBY ORDERED** that Plaintiff's Motion [Dkt. No. 9] is **DENIED**; and

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motion [Dkt. No. 11] is **GRANTED**; and

**IT IS HEREBY FURTHER ORDERED** that the Defendant **SHALL FILE ITS ANSWER** to the Complaint within **FOURTEEN (14) DAYS** of this Order.

Date:  August  9th , 2016

                                               s/ Robert B. Kugler
                                              ROBERT B. KUGLER, U.S.D.J.